[No. 38461-2-II.   Division Two.   May 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN THOMAS EGGLESTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04883-0, Stephanie A. Arend, J., entered October 24, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J. Pro Tem., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 38561-9-II.   Division Two.   May 11, 2010.]

STEVEN HULETT, *Respondent*, v. RAYONIER, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-2-00425-9, Craddock D. Verser, J. Pro Tem., entered October 31, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 38956-8-II.   Division Two.   May 11, 2010.]

NATTALIA SHARINGER, *Appellant*, v. CAROL KOPANSKY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-2-00270-0, George L. Wood, J., entered February 2, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.